# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. ALSUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00415 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff William E. Alsup's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 17), filed with a Brief in Support (Doc. No. 18). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 21.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 22 at 24.) The Report was filed on August 5, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 18th day of August, 2013.

*[signature]*

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT